In the Matter of the Application of TOBIAS F. BUTLER, Petitioner, for an Order to Review, against HENRY E. BRUCKMAN, Chairman, EDWARD SCHOENECK and Others, Commissioners, Constituting the State Liquor Authority of the State of New York, Respondents.— Proceeding under article 78 of the Civil Practice Act for a review of the determination of the New York State Liquor Authority in dismissing petitioner as an investigator after a hearing on stated charges. Determination unanimously confirmed and proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for Widening and Extending of Queens Boulevard from Hoffman Boulevard to Horace Harding Drive, in the Borough of Queens, Affecting Damage Parcels Nos. 21, 22 and 23. FREDERICK R. CRANE and Others, Trustees for Series Q-1, etc., and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE COMPANY, Respondents; HENRY C. FREY, Attorney-Appellant.— On appeal by the attorney for the former owners of property taken in condemnation, from an order directing the payment of the award to the trustees holding one mortgage and to the liquidator of a title company owning the other, without provision for payment of compensation claimed by the appellant from the title company on the theory that he had a lien for services which was superior to the interests of that mortgagee, here respondent, order affirmed, with ten dollars costs and disbursements. The appeal was in effect withdrawn by the appellant as to the mortgage trustees. Appellant presented no facts from which it could be inferred that the title company, mortgagee, retained the appellant as its attorney in the proceeding. Appellant has no rights in the award. (*Gates* v. *De La Mare*, 142 N. Y. 307.) Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.